UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 2/3/2023 | |

WARREN ZINNAMON, *on behalf of himself and*
*all others similarly situated*,

               Plaintiffs,

     -v-

WAXMAN CANDLES, INC.,

               Defendant.

------------------------------------------------------------------X

22-cv-7999 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order.  Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

     SO ORDERED.

Dated: February 3, 2023
      New York, New York

                           _____
                                LEWIS J. LIMAN
                          United States District Judge